S. T. Burtness, appellee, v. Smith, Hardy & Company, appellant. Gen. No. 33,213.

Opinion filed April 1, 1929.
Webster & Holmgren, for appellant; Elmer N. Holmgren, of counsel.
Loucks, Eckert & Peterson, for appellee; W. W. Patterson, of counsel.
Mr. Justice Matchett delivered the opinion of the court.